## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH J. MEZYK, et al., individually, and on behalf of all those similarly situated, | |
| Plaintiffs, | Case No. 3:09-cv-384-JPG-DGW |
| vs. | |
| U.S. BANK PENSION PLAN and U.S. BANCORP, INC., | |
| Defendants. | Consolidated with: |
| THOMAS L. PELLETT, et al., individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 3:10-cv-696-JPG-DGW |
| vs. | |
| U.S. BANK PENSION PLAN, | |
| Defendant. | |

## JOINT MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Joseph Mezyk, Mary Mulqueeney, Doris Carthy, Shirley Chatman, Peggy Raymond, Thomas Pellett and Richard Williams (the "Class Representatives") and Defendants U.S. Bank Pension Plan and U.S. Bancorp (collectively "USBPP") jointly move the Court, pursuant to Fed. R. Civ. P. 23, to grant final approval to the parties' proposed class action settlement. A Memorandum in Support of this Motion is attached, along with a declaration from Barry Roberts, an employee of the class settlement administrator retained to issue notices to class members. A proposed Agreed Order has also been submitted to the Court's chambers by email to JPGpd@ilsd.uscourts.gov.

Respectfully submitted,

/s/ Matthew H. Armstrong
Matthew H. Armstrong
Armstrong Law Firm LLC
8816 Manchester Rd., No. 109
St. Louis, MO 63144
Telephone (314) 258-0212
matt@mattarmstronglaw.com

/s/ David L. Steelman (w/consent)
David L. Steelman
Steelman, Gaunt & Horsefield
901 Pine Street, Suite 110
Rolla, MO 65401
Telephone (573) 341-8336
dsteelman@steelmanandgaunt.com

**Co-Class Counsel and**
**Attorneys for Plaintiffs**

/s/ Gregory Parker Rogers (w/consent)
Gregory Parker Rogers
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati OH 45202-3957
Telephone: 513-381-2838
rogers@taftlaw.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Gregory P. Rogers
rogers@taftlaw.com

Mary M. Bonacorsi
mbonacorsi@thompsoncoburn.com,
sreinholtz@thompsoncoburn.com

Matthew H. Armstrong
matt@mattarmstronglaw.com

Matthew H. Hearne
mhearne@hb-law.com

Ryan M. Martin
martinr@taftlaw.com

Matthew H. Armstrong
matt@mattarmstronglaw.com

/s/ Matthew H. Armstrong
Matthew H. Armstrong
